Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17263−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerri Lynn Raymond
   31 Telegraph Lane
   Sayreville, NJ 08872

Social Security No.:
   xxx−xx−3970

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 12, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-17263-CMG |
|---|---|
| Kerri Lynn Raymond | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 148 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kerri Lynn Raymond, 31 Telegraph Lane, Sayreville, NJ 08872-2222 |
| 519704316 | + | Bank of Missouri-Total Card, 2700 S Lorraine Pl., Sioux Falls, SD 57106-3657 |
| 519704326 | | One Main Financial, Evansville, IN |
| 519704327 | | Portfolio Recovery, Norfolk, VA |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519704317 | + | EDI: CAPITALONE.COM | Oct 13 2022 01:08:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519715235 | + | EDI: AIS.COM | Oct 13 2022 01:08:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519704318 | + | EDI: WFNNB.COM | Oct 13 2022 01:08:00 | Comenity Bank-Limited, PO Box 182789, Columbus, OH 43218-2789 |
| 519704319 | + | Email/Text: bankruptcy@credencerm.com | Oct 12 2022 21:23:00 | Credence Resourse Management, 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 519704320 | + | Email/Text: EBNBKNOT@ford.com | Oct 12 2022 21:23:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519733731 | + | Email/Text: kmorgan@morganlaw.com | Oct 12 2022 21:23:00 | Ford Motor Credit Company LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519704321 | | EDI: JEFFERSONCAP.COM | Oct 13 2022 01:08:00 | Jefferson Capital Systems, Verizon Wireless, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519705825 | | Email/Text: clerical@ltdfin.com | Oct 12 2022 21:22:00 | LTD ACQUISITIONS, LLC, LTD Financial Services LLP, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-0000 |
| 519726613 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 21:28:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519704322 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 21:27:16 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519704323 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 21:22:00 | Midland Funding, 320 E Big Beaver Road, Ste. 300, Troy, MI 48083-1271 |
| 519704324 | + | EDI: AISMIDFIRST | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 13 2022 01:08:00 | Midland Mortgage-Midfirst, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 519704325 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2022 21:22:00 | Nationstar Mortgage dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppel, TX 75019-4620 |
| 519726103 | + | EDI: AGFINANCE.COM | Oct 13 2022 01:08:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519712392 | + | EDI: AIS.COM | Oct 13 2022 01:08:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519705455 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 12 2022 21:27:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3